UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-1973-RSWL | Date | November 24, 2008 |
|---|---|---|---|
| Title | Clifford Ramiro Moseley v.Pasadena Unified School District, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Tanya Durant | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, the Final Pretrial Conference currently set for DECEMBER 2, 2008 at 10:00 a.m. **is continued to <u>DECEMBER</u> <u>10,</u> <u>2008</u> at <u>10:00</u> <u>a.m.</u>** Counsel are ordered to appear on this new date and time.

:   00

Initials of Preparer   TMD