KOHRS & FISKE  (Exempt from filing fee per Govt. Code §6103)
J. PETER FISKE (State Bar No. 76408)
DUNCAN MCCREARY (State Bar No. 225034)
3250 Ocean Park Boulevard, Suite 130
Santa Monica, California 90405-3218
(310) 452-5524   Fax: (310) 452-6115

**JS-6**

Attorneys for Defendants DEBRA DEBOSE, and IRENE QUINONES, public employees of PASADENA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD RAMIRO MOSELEY,<br><br>             Plaintiff,<br><br>     vs.<br><br>IRENE QUINONES; DEBRA JENKINS DEBOSE; and DOES 1-10, Inclusive,<br><br>             Defendants. | CASE NO. CV 04-01973 RSWL<br><br>JUDGMENT FOLLOWING JURY TRIAL |

   This action came on regularly for Trial on February 3, 2009 before Honorable Ronald S. W. Lew, Senior United States District Court Judge, in Room 21 of the United States District Court for the Central District of California.  Plaintiff Clifford Ramiro Moseley appeared by Gloria Dredd Haney, Esq., and defendants Irene Quinones and Debra Jenkins DeBose appeared by J. Peter Fiske, Esq. of Kohrs & Fiske.

   A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified.

After plaintiff rested, defense counsel brought Motions for Judgment as a Matter of Law under FRCP Rule 50(a) as to both defendant Irene Quinones and defendant Debra DeBose. Upon due consideration, the Court granted the Motion as to defendant DeBose, and denied the Motion as to defendant Quinones. The case was thereupon dismissed as against defendant DeBose, and Trial continued as to defendant Quinones.

After hearing the evidence and argument of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"<u>TITLE OF COURT AND CAUSE</u>

We, the jury, find this Special Verdict based on the following questions submitted to us:

**Question 1:** Did Plaintiff engage in a constitutionally protected political activity, a form of free speech, as defined in the court's instructions by engaging in union activity?

Answer Yes or No:   <u>Yes    </u>

If you answered Question 1 Yes, answer Question 2; if No, sign and date this form.

**Question 2:** Was such protected political activity by the Plaintiff a substantial or motivating factor in the School District's decision not to rehire plaintiff?

Answer Yes or No:     No

If you answered Question 2 Yes, answer Question 3; if No, sign and date this form.

**Question 3:** Were the Defendant's acts the proximate or legal cause of damages to the Plaintiff?

Answer Yes or No:     _____

If you answered Question 3 Yes, answer Question 4; if No, sign and date this form.

**Question 4:** Do you find that Plaintiff would not have been rehired based on his job performance, even if his protected activity had not been considered?

Answer Yes or No: _____

If you answer Question 4 Yes, sign and date this form; if No, answer Question 5.

**Question 5:** Did plaintiff sustain monetary damages?

Answer Yes or No: _____

If your answer is Yes, in what amount?

$_____


Answer the next question.

**Question 6:** Did plaintiff sustain damages for emotional distress?

Answer Yes or No: _____

If your answer is Yes, in what amount?
$_____

**Question 7:** If you find the defendant engaged in conduct which was malicious, oppressive, or in reckless disregard of plaintiff's constitutional rights, should plaintiff be awarded punitive damages?

Answer Yes or No:     _____

If your answer is Yes, in what amount?
$_____

SO SAY WE ALL.

DATED:   <u>February 10, 2009</u>         <u>NAME REDACTED BY COURT</u>

                                    Presiding Juror"

It appearing by reason of said dismissal as to defendant Debra Jenkins DeBose and by reason of said verdict as to defendant Irene

4

Quinones, that defendants Debra Jenkins DeBose and Irene Quinones are entitled to judgment against plaintiff Clifford Ramiro Moseley:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said plaintiff, Clifford Ramiro Moseley recover nothing by reason of his Complaint and that Judgment shall be, and hereby is, entered in favor of defendants Debra Jenkins DeBose and Irene Quinones and against plaintiff Clifford Ramiro Moseley.

DATED: March 17, 2009

/s/
_____
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge